# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PARUS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, LLC, <br><br> Defendant. | Case Nos. 5:22-cv-07830 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Vince Chhabria for consideration of whether the case is related to 5:22-cv-07514 VC, *Parus Holdings, Inc. v Apple, Inc.*

**IT IS SO ORDERED.**

Dated: December 16, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-07830 NC
SUA SPONTE JUDICIAL REFERRAL